| | |
|---|---|
| 1 | **JENNIFER C. NOBLE, ESQ., CSBN 256952** |
| 2 | **WISEMAN LAW GROUP, P.C.** |
| | **1477 Drew Avenue, Suite 106** |
| 3 | **Davis, California 95618** |
| | **Telephone:   530.759.0700** |
| 4 | **Facsimile:   530.759.0800** |
| 5 | **Attorney for Defendant** |
| | **SHARON KING** |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR S 13-CR-00309 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | REQUEST FOR WAIVER OF PRESENCE |
| | ) | |
| | ) | |
| SHARON KING, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, empanelment of jury and imposition of sentence. Defendant hereby requests the court to proceed during every absence of hers which the court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if defendant were personally present; and further agrees to be present in court ready for hearing any day and hour the court may fix in her absence.

Defendant further acknowledges that she has been informed of her rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes her attorney to set times

and delays under the Act without defendant being present.

Dated:    October   14, 2013                             \_/s// Sharon King_____
                                                          Original Signature on file
                                                          SHARON KING


Approved: October 14, 2013                               By: \_\_\_/s/  Jennifer C. Noble\_\_\_
                                                          JENNIFER C. NOBLE
                                                          Attorney for Defendant
                                                          SHARON KING


Dated:   October 4, 2013                                 Respectfully submitted,

                                                          WISEMAN LAW GROUP, P.C.


                                                          By: \_\_/s/  Jennifer C. Noble \_\_
                                                          JENNIFER C. NOBLE
                                                          Attorney for Defendant
                                                          SHARON KING




I approve the above waiver of presence.


Dated:   10/15/2013

                                                          /s/ John A. Mendez_____
                                                          United States District Court Judge

2

Request for Waiver of Presence                                    Case No. CR S 13-000309 JAM