**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
1477 Drew Avenue, Suite 106
Davis, California 95618
Telephone:   530.759.0700
Facsimile:   530.759.0800

**Attorney for Defendant**
**SHARON KING**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S 13-CR-00309 JAM |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE STATUS** |
| KEON NUNNELLY, SHARON KING, and KIA MOORE, | |
| Defendants. | |

     IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Kyle Reardon, Assistant United States Attorney; Michael Chastaine, attorney for Keon Nunnelly; Candace Fry, attorney for Kia Moore; and Jennifer C. Noble, attorney for defendant Sharon King, that the status conference presently set for October 22, 2013, be continued to November 19, 2013, at 9:45 a.m., thus vacating the presently set status conference.

     The parties need additional time to continue to distribute and review case discovery. Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time

1  from the date of the filing of the order until the date of the status conference, November
2  19, 2013.
3  **IT IS SO STIPULATED.**

Dated: October 17, 2013                    By: /s/ Jennifer C. Noble
                                           JENNIFER C. NOBLE
                                           WISEMAN LAW GROUP
                                           Attorney for Defendant
                                           SHARON KING

Dated: October 17, 2013                    By: /s/ Candace A. Fry
                                           CANDACE A. FRY
                                           Attorney for Defendant
                                           KIA MOORE

Dated: October 17, 2013                    By: /s/ Michael Chastaine
                                           MICHAEL CHASTAINE
                                           Attorney for
                                           KEON NUNNELLY

Dated: October 17, 2013                    Benjamin B. Wagner
                                           United States Attorney

                                           By: /s/ Kyle Reardon
                                           KYLE REARDON
                                           Assistant U.S. Attorney

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the failure to grant a continuance in this

case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, October 17, 2013, to and including November 19, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for defense counsel to prepare). It is further ordered that the October 24, 2013, status conference shall be continued until November 19, 2013, at 9:45 a.m

**IT IS SO ORDERED.**

Dated: 10/18/2013 /s/ John A. Mendez
JOHN A. MENDEZ, JR
United States District Court Judge