1  **JENNIFER C. NOBLE, ESQ., CSBN 256952**
   **WISEMAN LAW GROUP, P.C.**
2      1477 Drew Avenue, Suite 106
       Davis, California 95618
3      Telephone:    530.759.0700
       Facsimile:    530.759.0800
4
   **Attorney for Defendant**
5  **SHARON KING**

6
                    IN THE UNITED STATES DISTRICT COURT
7
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
8
                            SACRAMENTO DIVISION
9

10
   UNITED STATES OF AMERICA,          ) Case No. CR S 13-CR-00309 JAM
11                                     )
                  Plaintiff,           )
12                                     )
        vs.                            ) **STIPULATION AND ORDER TO**
13                                     ) **MODIFY DEFENDANT'S**
                                       ) **CONDITIONS OF PRE-TRIAL**
14                                     ) **RELEASE**
   SHARON KING,                        )
15                                     )
                  Defendant.           )
16                                     )
                                       )
17

18
        IT IS HEREBY stipulated between the United States of America through
19
   its undersigned counsel, Kyle Reardon, Assistant United States Attorney and Jennifer C.
20
   Noble, attorney for defendant Sharon King, that the conditions of Ms. King's pre-trial
21
   release be modified so as to allow Ms. King to be away from her residence during
22
   business hours as detailed below.
23
        Ms. King was arraigned on September 19, 2013, with violation of 18 U.S.C. §
24
   1591(a)(1) 18 U.S.C. Sex Trafficking of a minor and 18 U.S.C. § 1591(a)(2) Participating
25
   in a Sex Trafficking Venture. The Bail Reform Act was amended in 2006 by the Adam
26
   Walsh Act, which mandates additional conditions of release for defendants charged with
27
   certain crimes, including violations of 18 U.S.C. § 1591. The Act requires electronic
28
   monitoring of a defendant released on pre-trial release, as well as the conditions set

                                           1

forth in 18 U.S.C. § 3142(c)(1)(B)(iv)-(viii).

Ms. King's release was conditioned on several requirements, including Condition No. 13 – Home Detention, restricting Ms. King to her residence except for pre-approved activities.

The parties stipulate and agree that Condition No. 13 should be modified to read as follows:

**13. CURFEW:** You are restricted to your residence every day or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

This change will permit her a window of time each day, at the Pre-Trial Services officer's discretion, for the above-stated reasons, without first seeking permission. The modification would be in addition to her regular Sunday curfew, which permits her to be away from home from 8 a.m. to 3 p.m. to attend church services.

The defendant understands that all other Conditions of Release remain in force. The Pre-Trial Services office advises that Ms. King is in compliance with all conditions of pre-trial release.

IT IS SO STIPULATED.

Dated: December 10, 2013
By: /s/ Jennifer C. Noble
JENNIFER C. NOBLE
WISEMAN LAW GROUP
Attorney for Defendant
SHARON KING

Dated: December 10, 2013
Benjamin B. Wagner
United States Attorney

By: /s/ Kyle Reardon
KYLE REARDON
Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the Special Conditions of Pre-Trial Release be modified as follows:

Condition No. 13 is modified to read:

**CURFEW:** You are restricted to your residence every day or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

This is in addition to her regular Sunday curfew, which permits her to be away from home from 8 a.m. to 3 p.m. to attend church services.

All other conditions of pre-trial release remain in force.

**IT IS SO ORDERED.**

Dated: December 10, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE